IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KELLY E. SCOFIELD and
EMILIO CIRELLI ,

     Appellants,

v.

VILLA OF FRANGISTA
OWNERS' ASSOCIATION, INC.,
A FLORIDA NOT-FOR-PROFIT
CORPORATION; PENELOPE
RUTH, INC., A FLORIDA
CORPORATION; FRANGISTA
LEGACY, INC., A FLORIDA
CORPORATION; FRANGISTA
INVESTMENTS, L.P., A
GEORGIA LIMITED
PARTNERSHIP; MARTHA
INGLE, AS CLERK OF COURTS
OF WALTON COUNTY,
FLORIDA; PBD PROPERTIES,
LLC, A FLORIDA LIMITED
LIABILITY COMPANY AND
NOVENTA OCHO, LLC, A
FLORIDA LIMITED LIABILITY
COMPANY.

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4090

_____/

Opinion filed September 22, 2016.

An appeal from the Circuit Court for Walton County.
David W. Green, Judge.

Stephen P. Sapienza, Bunnell, for Appellants.

Phillip A. Pugh and Robert O. Beasley, Litvak, Beasley, WIlson & Ball, LLP, Pensacola, for Appellees.


PER CURIAM.

AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.